IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SEBASTIAN L. ECCLESTON,

    Movant,

v.                                                                                             No. CV 19-1201 JB/CG

UNITED STATES OF AMERICA,

    Respondent.

## ORDER TO ANSWER

**THIS MATTER** is before the Court, *sua sponte* under Rule 4(b) of the Rules Governing Section 2255 Cases, and on Movant's *Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence*, (Doc. 1). The Court will direct the United States to answer Movant's motion.

**IT IS HEREBY ORDERED** that the Clerk is directed to forward to the United States of America a copy of Movant's *Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence*, (Doc. 1), and supporting papers and exhibits, if any, together with a copy of this Order.

**IT IS FURTHER ORDERED** that, within twenty-one days of entry of this Order, the United States shall answer Movant's § 2255 Motion.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE