IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,                    No. CV 19-1201 JB/CG
                                                    No. CR 95-14 JB/CG

v.

SEBASTIAN L. ECCLESTON,

    Defendant-Movant.

## ORDER GRANTING GOVERNMENT'S MOTION TO EXTEND TIME TO RESPOND TO MOTION TO CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255

**THIS MATTER** is before the Court on the United States' *Motion for Extension of Time to Respond to Motion to Correct Sentence Pursuant to 28 U.S.C. § 2255* (the "Motion"), (Doc. 7), filed March 16, 2020. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the United States shall respond to Movant's Motion by **April 9, 2020**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE