IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

SEBASTIAN L. ECCLESTON,

    Defendant-Movant.

No. CV 19-1201 JB/CG
No. CR 95-14 JB/CG

## ORDER GRANTING IN PART GOVERNMENT'S SECOND MOTION TO EXTEND TIME TO RESPOND TO MOTION TO CORRECT SENTENCE

**THIS MATTER** is before the Court on the United States' *Second Motion for Extension of Time to Respond to Motion to Correct Sentence Pursuant to 28 U.S.C. § 2255* (the "Motion"), (Doc. 9), filed April 6, 2020. In its Motion, the United States requests a 21-day extension to respond to Mr. Eccleston's *Motion to Correct Sentence*, (Doc. 1). Mr. Eccleston opposes the United States' request for additional time. (Doc. 9 at 1). Notably, the United States previously requested, and was granted, a 10-day extension to answer Mr. Eccleston's Motion, without opposition. (Doc. 8). The Court, having reviewed the Motion and noting it is now opposed, finds the Motion shall be **GRANTED IN PART**.

    **IT IS THEREFORE ORDERED** that the United States shall respond to Mr. Eccleston's Motion by **April 17, 2020**.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE